COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present: Judges Petty, Chafin and Senior Judge Annunziata

WINN RESIDENTIAL LIMITED PARTNERSHIP
AND WAUSAU UNDERWRITERS
INSURANCE COMPANY

MEMORANDUM OPINION[*]
v.     Record No. 0957-13-2                          PER CURIAM
                                                     SEPTEMBER 3, 2013
EMORY ARRINGTON


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(John T. Cornett, Jr.; Daniel E. Lynch & Associates, P.C., on brief),
for appellants.

(Malcolm Parks; Maloney, Parks & Clarke, P.C., on brief), for
appellee.


Winn Residential Limited Partnership and its insurer (hereinafter referred to as employer)

appeal an April 26, 2013 decision of the Workers' Compensation Commission reversing the

deputy commissioner's denial of benefits to Emory Arrington (claimant). Employer contends

the commission erred in 1) "finding that the claimant suffered an accident as defined by the

Workers' Compensation Act," 2) "awarding the claimant benefits pursuant to the Act as he failed

to prove that he sustained an injury by accident," and 3) "awarding the claimant benefits without

addressing the issue of whether the claimant suffered an injury as a result of such accident."

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Arrington v. Winn Residential Ltd. P'ship, JCN VA000-0042-8245 (Apr. 26,

2013). We dispense with oral argument and summarily affirm because the facts and legal

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  <u>See</u> Code § 17.1-403; Rule 5A:27.

<u>Affirmed.</u>